IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41027
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE BALLESTEROS-RIVERA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CR-18-1
- - - - - - - - - -
August 20, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:*

    Court-appointed counsel for Jorge Ballesteros-Rivera has filed a brief in compliance with Anders v. California, 386 U.S. 738 (1967). Ballesteros-Rivera has not filed a response. Our independent review of the brief and the record reveals no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.